UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:14-cv-22797-JLK

LAZARO OJEDA,

    Plaintiff

v.

BLUE LINE DISTRIBUTION, INC.., et al.,

    Defendants.
_____/

## PLAINTIFF'S MOTION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(2), hereby requests that this Court enter the attached proposed order dismissing Plaintiff's Claims WITH PREJUDICE.

WHEREFORE, the Plaintiff respectfully requests this Court enter an order dismissing this action with prejudice.

DATED: October 17, 2014

/s/ Anthony M. Georges-Pierre
Anthony M. Georges-Pierre, Esq.
Florida Bar No. 533637
REMER & GEORGES-PIERRE, PLLC
44 West Flagler St., Suite 2200
Miami, FL 33130
Telephone: 305-416-5000
*Attorney for Plaintiff*

I HEREBY CERTIFY that on October 17, 2014 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/Anthony M. Georges-Pierre*
Anthony M. Georges-Pierre, Esq.
Florida Bar No.: 0533637