UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-22797-CIV-KING/TORRES

LAZARO OJEDA,

    Plaintiff,

v.

BLUE LINE DISTRIBUTION, INC., et al.,

    Defendants.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Plaintiff's Motion for Dismissal with Prejudice (D.E. #13) filed October 17, 2014, in the above-styled case. Accordingly, after a careful review of the record and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby DISMISSED with prejudice.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 20th day of October, 2014.

                                            JAMES LAWRENCE KING
                                            UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record